# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

_____

Telephone (212) 209-3933
Facsimile (212) 209-7102

Client:

Nestor Alfonso Castaneda
714 Grand Street
Brooklyn, NY

| Date & Attorney | Transaction | Hours | Hourly Rate | Amount Due |
|---|---|---|---|---|
| 8/9/19 PHC | Initial meeting with client | 2.5 | $400 | $1,000 |
| MC | Initial meeting with client | 2.5 | $100 | $250 |
| PHC | Research Ownership; Corporation | 1.8 | $400 | $720 |
| 8/12/19 PHC | Review and analyze client's claims | .5 | $400 | $200 |
| 8/20/19 PHC | Draft Complaint | 3.6 | $400 | $1,320 |
| 8/21/19 PHC | Draft/Revise and file Complaint | 2.5 | $400 | $1,440 |
| 8/22/19 PHC | corresp. to process server | .2 | $400 | $80 |
| 9/19/19 PHC | confirm service on defendants and file affidavits of service | .4 | $400 | $160 |
| 10/2/19 PHC | tc def. csl. re: claim, appearance, extending time to answer; prepare stipulation re: same | 1.4 | $400 | $560 |
| MC | Telephone conference with client re: Status | .4 | $100 | $40 |
| 11/4/19 PHC | tele. Conf. def. csl re: status, allegations | .6 | $400 | $240 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/4/19 PHC | Rec & Rev. Answer; Review affirmative defenses, Counterclaim | 1.0 | $400 | $400 |
| 11/6/19 PHC | Rec / Rev order for early exchange of information and calc. | .5 | $400 | $200 |
| 11/15/20 PHC | Rev. def. financials; Contact investigator re: review | 2.3 | $400 | $920 |
| 11/7/19 PHC | Answer to counterclaim – draft, file | 1.5 | $400 | $600 |
| 11/20/19 | receive/review employer's records/ Defenses/calculations | 2.6 | $400 | $1,040 |
| 11/26/19 PHC | confer with dc re necessary stip to continue discussions | .5 | $400 | $200 |
| 11/26/19 PHC | Rev. judge's rules; | .3 | $400 | $120 |
| 12/8/19 PHC | Rule 26(f) planning conf. with dc | .6 | $400 | $240 |
| 12/12/19 PHC | draft pre-conference statement, joint letter | 1.5 | $400 | $600 |
| 1/10/20 PHC | review calculations (damages); docs; compare with defendants' calculations | .5 | $400 | $200 |
| 1/25/20 PHC | confer with client re: possible witnesses / claimants; set up meeting with witness [name redacted] | 1.5 | $400 | $600 |
| 1/31/20 PHC | meeting with possible witness; | 2.3 | $400 | $920 |
| MC | assist with meeting of witness | 2.3 | $100 | $230 |
| 2/1/20 PHC | draft Rule 26 Disclosure for plaintiff, with damages analysis (prepare damages chart) | 4.3 | $400 | $1,720 |
| 2/6/20 PHC | receive case reassignment; review Judge's Individual Practices | .3 | $400 | $120 |
| 2/6/20 PHC | r/r def. rule 26 disclosure | .5 | $400 | $200 |
| 2/13/20 PHC | continue negotiations with Defendants; settlement demand; Tele. conf. with Judge Bloom | 1.5 | $400 | $1,000 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 2/19-21/20 PHC | confer with dc re: damages calc. and initial settlement demand | 2.5 | $400 | $1,000 |
|  | Adjourning conference to continue Discussions and meeting with magistrate | 1.0 | $400 | $400 |
| 3/14/20-3/20/20 PHC | exchange info. with dc; demand and offer, continue negotiating | 2.0 | $400 | $800 |
| 4/17/20 PHC | Ex parte letter to MJ Bloom | 1.2 | $400 | $480 |
| 4/23/20 PHC | prepare for and attend telephone settlement conf. with J. Bloom | 2.0 | $400 | $800 |
| 5/6/20 PHC | continuing calls with DC re: progress towards resolution vs. Discovery and litigation | .5 | $400 | $200 |
| 5/11/20 PHC | status report – draft, review with dc, file | .6 | $400 | $240 |
| 5/28/20 PHC | prepare for, attend status conf. with judge Bloom; review status of case, confer with DC re: mediation program | 1.5 | $400 | $600 |
| PHC | research possible mediators | 2.5 | $400 | $1,000 |
| 7/6/20 PHC | assist with selection of mediator; communicate with prospective mediators | 1.0 | $400 | $400 |
| 7/8/20 PHC | notice of selection of mediator | .3 | $400 | $120 |
| 8/2/20 PHC | pre-conference with mediator Andrew Nadolna; prepare for mediation, set Expectations, update to clients | .5 | $400 | $200 |
| 8/24/20 PHC | prepare for mediation; meeting meeting with client re: same | 1.5 | $400 | $600 |
| 9/4/20 PHC | prepare ex parte mediation statement | 1.5 | $400 | $600 |
| 9/21/20 PHC | mediation (virtual) | 4.0 | $400 | $1,600 |
| 9/30/20 PHC | draft settlement agreement, forward to dc | 1.8 | $400 | $720 |
| 10/28/20 PHC | meeting with client for execution of settlement agr. | .5 | $400 | $200 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/29/20 | PHC | draft fairness letter | 3.9 | $400 | $1,560 |

|  |  |
|---|---|
| Total Fees | $26,840 |

Costs
| | |
|---|---|
| $400.00 | Filing Fees |
| $112.00 | United Process Service Fees |
| $350.00 | Investigator Fee |
| $300.00 | Mediator Fee |

| | |
|---|---|
| Costs: | $1,162 |

| | |
|---|---|
| Total Fees and Costs: | **$28,002** |

# 8387 - CILENTI & COOPER, PLLC



[Back to Client Services Home](#)

## Charges for Plaintiff: NESTOR ALFONSO CASTANEDA

This is a detailed list (and total) of all charges associated with the selected plaintiff. Please note that only charges after October 1997 are available on-line.

Where applicable, work ticket numbers are clickable links which will display a copy of the appropriate affidavit of service.

| Affidavit Description | Service | Charge |
|---|---|---|
| **Work Ticket #:** 728306<br>**Plaintiff:** NESTOR ALFONSO CASTANEDA<br>**Defendant:** BROOKLYN GOURMET DELI CORP., ETANO<br>**Recipient:** BROOKLYN GOURMET DELI CORP.<br>**Date of Service:** 9/06/19<br>**Type of Papers:** SUMMONS AND COMPLAINT | Basic Service Charge | $55.00<br><br>$55.00 |
| **Work Ticket #:** 728306<br>**Plaintiff:** NESTOR ALFONSO CASTANEDA<br>**Defendant:** BROOKLYN GOURMET DELI CORP., ETANO<br>**Recipient:** KHALID ALSOFI, INDIVIDUALLY<br>**Date of Service:** 9/06/19<br>**Type of Papers:** SUMMONS AND COMPLAINT | Mailing Fees<br>Basic Service Charge | $2.00<br>$55.00<br><br>$57.00 |
| | ***Total:*** | ***$112.00*** |

[Back to Client Services Home]   [Top]

# Intelligence West

1717 E. Vista Chino, Suite A7-207
Palm Springs, CA  92262
(760) 325-7145  Fax (760) 416-6491
www.intellwest.com  P.I. Lic #17342

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/26/2019 | 11893 |

**BILL TO:**
Cilenti & Cooper, PLLC
708 Third Avenue, 6th Floor
New York, NY  10017
*Via Email Only*

| TERMS |
|---|
| Charged to Your Credit Card |

| DESCRIPTION | AMOUNT |
|---|---|
| Bank Search - Brooklyn Gourmet Deli | 275.00 |
| FEIN Search | 75.00 |

Charged to your credit card on file. - Thank You!

**Total**  $350.00

www.intellwest.com



# STATEMENT

**Date**
8/01/2020 through 8/31/2020

Bill To: **Peter Cooper Esq.**
**Cilenti & Cooper, P.L.L.C.**
**10 Grand Central**
**155 East 44th Street, 6th Flr**
**New York NY 10017**

| | |
|---|---|
| **Reference #:** | **1425032635 - Rep# 1** |
| Billing Specialist: | **Gilhuys, Jason** |
| Email: | **jgilhuys@jamsadr.com** |
| Telephone: | **949.224.4655** |
| Employer ID: | **68-0542699** |

RE: **PRO BONO//Castaneda, Alfonso, Nestor (EDNY) vs. Brooklyn Gourmet Deli Corp, et al.**

Representing: **Nestor Alfonso Castaneda**

Neutral(s): **JAMS**

Hearing Type: **MEDIATION**

| Date / Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | Balance Forward: | | | 0 |
| **Payment Activity:** | | | | | | |
| 8/6/20 | Check No. mastercard 7818<br>Paid By: Peter H Cooper | | | | | ($300.00) |
| | | | Total Payments: | | | ($300.00) |
| | | | Credit Balance, Do Not Pay: | | | ($300.00) |

** Balance does not include any outstanding deposit requests.
If a deposit is due, a deposit request will be provided by your Case Manager.
Unused Deposits will not be refunded until the conclusion of the case.
Statement total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc.

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 845402** | **18881 Von Karman Ave. Suite 350** |
| **Los Angeles, CA 90084** | **Irvine, CA 92612** |